387 A.2d 105

Commonwealth v. Clay, Appellant.

Argued December 8, 1977. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Gary G. Krafft, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN and SPAETH, JJ., dissent.